NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 22-241 consolidated with 22-240

## STATE OF LOUISIANA

## VERSUS

## LATRACUS HENRY

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2014-CR-182135-A
HONORABLE KERRY LYNDON SPRUILL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## SHANNON J. GREMILLION
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, D. Kent Savoie, and Sharon Darville Wilson, Judges.

**VACATED AND REMANDED.**

**Sherry Watters**
**Louisiana Appellate Project**
**P. O. Box 58769**
**New Orleans, LA 70158-8769**
**(504) 723-0284**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Latracus Henry**

**Hon. Charles A. Riddle, III**
**Twelfth Judicial District Attorney**
**Jonathan T. Gaspard**
**Assistant District Attorney**
**P. O. Box 546**
**Marksville, LA 71351**
**(318) 240-7329**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**

**GREMILLION, Judge.**

For the reasons expressed in *State v. Henry*, 22-240 (La.App. 3 Cir.__/__/__), ___So.3d ___, Defendant's conviction is vacated, and this matter is remanded to the district court for new trial.

**VACATED AND REMANDED.**